IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01077-MEH

VICKI MIZE,

    Plaintiff,

v.

FUJI MOUNTAIN JAPANESE CUISINE, INC.,

    Defendant.

## ORDER CLOSING CASE

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation for Dismissal With Prejudice, ECF No. 21. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 14th day of February, 2018.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge